**Norton, Murphy, Sheehy & Corrubia, P.C.**
PNC Bank Building
One Garret Mountain Plaza (5th Floor)
Woodland Park, NJ 07424-3396
(973) 881-1101
Attorneys for Defendant(s), Village of Ridgefield Park and Detective William E. Morton, IV
 By: Harry D. Norton, Jr. (HN-7839)

| | |
|---|---|
| STEVEN PRUNKEL,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>COUNTY OF BERGEN; BERGEN COUNTY SHERIFF MICHAEL SAUDINO; BERGEN COUNTY SHERIFF DSGT M. GRANATA; BERGEN COUNTY SHERIFF DETECTIVE JOHN DILKES; TROOPER N. DESANTIS; VILLAGE OF RIDGEFIELD PARK; DETECTIVE WILLIAM E. MORTON, IV JOHN DOES #1-5; JOHN DOES #6-10 and JOHN DOES #11-15,<br><br>　　　　　Defendant(s). | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>Civil Action No.: 2:17-cv-05154-JLL-SCM<br><br>Civil Action |

**NOTICE OF MOTION
IN LIEU OF AN ANSWER
TO DISMISS PLAINTIFF'S COMPLAINT
PURSUANT TO FED. R. CIV. P. 12(b)(6)**

PLEASE TAKE NOTICE that the undersigned will apply to the above-named court for an Order dismissing plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) as to defendant, Detective William E. Morton, IV.

TAKE FURTHER NOTICE that in support of this Motion we will rely upon the Certification and Brief annexed hereto and the provisions of Fed. R. Civ. P. 12(b)(6).

                NORTON, MURPHY, SHEEHY & HIGGINS, P.C.
                Attorneys for Defendant, Detective William E. Morton, IV

By: _____
                HARRY D. NORTON, JR., ESQ.

Dated: March 12, 2018