# BELL & SHIVAS, P.C.

ATTORNEYS AT LAW

Joseph J. Bell *+
joebell@bsblawgroup.com

David T. Shivas *
dshivas@bsblawgroup.com

Paula Ortega *△
paulaortega@bsblawgroup.com

Joseph J. Bell, IV *
jbell4@bsblawgroup.com

Carolyn M. McGuire
carolynmcguire@bsblawgroup.com

Brian Laskiewicz
brianlaskiewicz@bsblawgroup.com

Admitted New Jersey Bar
\* Admitted New York Bar
● Admitted Pennsylvania Bar
△ Admitted Virginia Bar
+ LL.M. in Labor Law

October 22, 2109

*[Handwritten: On consent of the defense.]*

*[Handwritten: Granted. Mr. Prunkel shall be immediately available by telephone.]*

**Via Efiling**
Honorable Steven C. Mannion, U.S.M.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

SO **ORDERED**
s/*Steven C. Mannion*
Steven C. Mannion, U.S.M.J.
Date: 10/24/19

Re:   Steven Prunkel v. County of Bergen, et al.
       Case No.: 17-CV-5154-~~JLL~~-ES-SCM

Dear Judge Mannion:

I represent the Plaintiff Steven Prunkel in the above referenced matter. This matter is scheduled for a settlement conference on October 28, 2019 at 11:30 a.m. I write to respectfully request permission to have my client available by telephone. My client lives in East Stroudsburg, Pennsylvania and would have to arrange transportation in order to attend. I will have full authority to discuss settlement during the conference.

Your Honor's consideration is greatly appreciated.

Respectfully yours,

David T. Shivas

DTS:kmw
cc:  All Counsel of Record