**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STEVEN PRUNKEL<br><br>Plaintiff,<br>v.<br><br>COUNTY of BERGEN, et al<br><br>Defendants. | Civil Action No.<br><br>2:17-cv-5154-ES-SCM<br><br>**SUPPLEMENTAL SCHEDULING ORDER** |

**IT IS** on this Wednesday, January 22, 2020 ordered that the Scheduling Order is hereby supplemented as follows:

1. Expert depositions shall be completed by 4/24/2020.

2. A telephone conference is scheduled with Judge Mannion on 6/8/2020 at 11:30 AM. Defendant(s)' counsel is to initiate the call.

3. **FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER OR ANY SUBSEQUENT SCHEDULING ORDERS ENTERED BY THIS COURT MAY RESULT IN SANCTIONS. See Fed.R.Civ.P. 16(f) and 37.**

*Signature of Steve C. Mannion*

Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

1/22/2020 6:05:31 PM

Original: Clerk of the Court
Hon. Esther Salas, U.S.D.J.
cc: All parties
    File