COMMONWEALTH OF PENNSYLVANIA,
OFFICE OF ATTORNEY GENERAL
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Attorney for Defendant, Trooper N. DeSantis

By:     Matthew R. Skolnik (031652011)
        Deputy Attorney General of Pennsylvania
        (215) 560-2136
        mskolnik@attorneygeneral.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | |
|---|---|
| STEVEN PRUNKEL,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF BERGEN, *et al*.,<br><br>Defendants. | Hon. Esther Salas, U.S.D.J.<br>Hon. Michael A. Hammer, U.S.M.J.<br><br>Civil Action No. 17-5154-ES-MAH<br><br>**NOTICE OF MOTION OF DEFENDANT N. DESANTIS FOR TRANSFER OF VENUE PURSUANT TO 28 U.S.C. § 1404**<br><br>**FILED ELECTRONICALLY** |

TO:     United States District Court
        District of New Jersey – Newark Vicinage
        M.L. King, Jr. Federal Building & U.S. Courthouse
        50 Walnut Street
        Newark, NJ 07102

        David T. Shivas, Esquire
        BELL & SHIVAS, P.C.
        150 Mineral Springs Drive
        Rockaway, NJ 07866
        *Counsel for Plaintiff*

**PLEASE TAKE NOTICE** that on **August 16, 2021**, or as soon thereafter as counsel may be heard, the undersigned attorney for defendant Trooper N. DeSantis, shall move before the Honorable Esther Salas, U.S.D.J. for an Order transferring venue in this action, pursuant to 28 U.S.C. § 1404, from this District to the United States District Court for the Middle District of Pennsylvania.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the attached Brief in support of the motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Fed. R. Civ. P. 78, oral argument is not requested.

A proposed form of Order is attached.

Respectfully submitted,

COMMONWEALTH OF PENNSYLVANIA,
OFFICE OF ATTORNEY GENERAL

Dated: July 22, 2021                    By:      */s/ Matthew Skolnik*
                                                 Matthew Skolnik
                                                 Deputy Attorney General
                                                 Attorney I.D. No. 031652011
                                                 1600 Arch Street, Suite 300
                                                 Philadelphia, PA 19103
                                                 (215) 560-2136
                                                 mskolnik@attorneygeneral.gov

                                                 *Counsel for Defendant Trooper N. DeSantis*

## CERTIFICATE OF SERVICE

I, Matthew Skolnik, hereby certify that the foregoing Notice of Motion for Transfer of Venue, with supporting papers, has been filed via the Court's Electronic Case Filing System on July 22, 2021 and, pursuant to Local Civ. Rule 5.2, is deemed served and available for viewing and downloading by all counsel of record.

COMMONWEALTH OF PENNSYLVANIA,
OFFICE OF ATTORNEY GENERAL

By:    */s/ Matthew R. Skolnik*
        Matthew R. Skolnik
        Deputy Attorney General
        Attorney I.D. No. 031652011
        1600 Arch Street, Suite 300
        Philadelphia, PA 19103
        (215) 560-2136
        mskolnik@attorneygeneral.gov