# BELL & SHIVAS, P.C.
## ATTORNEYS AT LAW

Joseph J. Bell•+
joebell@bsblowgroup.com

David T. Shivas •
dshivos@bsblowgroup.com

Joseph J. Bell, IV •
jbell4@bsblowgroup.com

Brian Laskiewicz
brionloskiewicz@bsblowgroup.com

Hon. Paul W. Armstrong. J.S.C. (Ret.) of Counsel

Admitted New Jem,y Bar
• Admitted New York 80f
• Admitted Pennsylvania Sor
+ L.I.M. in Laborlaw

July 30, 2021

<u>**Via E-Filing**</u>

Honorable Michael A. Hammer, U.S.M.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    **Steven Prunkel v. County of Bergen, et al.**
             **Case No.: 2:17-cv-05154-ES-MAH**

Dear Judge Hammer:

    I represent Plaintiff, Steven Prunkel, in this case. A motion for transfer of venue pursuant to 28 U.S.C. § 1404 was filed by Defendant, Trooper Nicholas DeSantis. The return date for the motion is August 16, 2021. Pursuant to L.Civ.R. 7.l(d)(5), I am hereby requesting a two-week extension of the return date. With the 14-day- extension, the return date would be extended to August 30, 2021.

    Your Honor's consideration is greatly appreciated.

                                                        Respectfully yours,

                                                       /s/ David T. Shivas
                                                      David T. Shivas

cc: Matthew Skolnik, Esq.

Dated: 8/2/21                                     s/ Michael A. Hammer
                                             Michael A. Hammer, U.S.M.J.

150 Mineral Springs Drive. P.O. Box 220. Rockaway, New Jersey 07866   Telephone: 973-442-7900 Fax: 973-442-7990

www.bsblawgroup.com