# BELL & SHIVAS, P.C.
## ATTORNEYS AT LAW

Joseph J. Bell *+
joebell@bsblawgroup.com

David T. Shivas *
dshivas@bsblawgroup.com

Joseph J. Bell, IV *
jbell4@bsblawgroup.com

Brian Laskiewicz
brianlaskiewicz@bsblawgroup.com

Hon. Paul W. Armstrong, J.S.C. (Ret.) of Counsel

Admitted New Jersey Bar
* Admitted New York Bar
• Admitted Pennsylvania Bar
+ L.L.M. in Labor Law

October 15, 2021

**Via E-Filing**
Honorable Michael A. Hammer, U.S.M.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    **Steven Prunkel v. County of Bergen, et al.**
             **Case No.: 2:17-cv-05154-ES-MAH**

Dear Judge Hammer:

      I represent the plaintiff, Steven Prunkel in this matter. Pursuant to Your Honor's order of October 8, 2021, the parties jointly submit this letter as a status report.

      Discovery has been concluded for some time in the case. There are no outstanding discovery issues. The only remaining defendant in the case is Pennsylvania State Trooper, Nicholas DeSantis.

      Defendant DeSantis filed a motion for summary judgment as to the claims asserted against him in the Complaint. That motion has been fully briefed (ECF Doc. Nos. 141, 144, and 148) and had a return date of January 6, 2020. To date, the motion is still pending. A trial date has not been set.

      The parties have not engaged in any additional settlement discussions since the last conference in this case.

      Your Honor's consideration is appreciated.

                              Respectfully submitted,

                              /s/ David T. Shivas
                              David T. Shivas

cc:    Matthew Skolnik, Esq.