# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF NEW JERSEY*
# *NEWARK*

## Minutes of Proceedings

Judge:  Esther Salas                    Date:  April 11, 2023

Court Reporter:  Mary Jo Monteleone

**Title of Case:**                              Docket #  CV. 17-5154 (ES)

Prunkel v. County of Bergen, et al.

**Appearances:**
David Shivas, Esq, for the plaintiff.
Matthew Skolnik, Esq, for defendant DeSantis.

**Nature of Proceedings:**  Hearing on the defendant's Motion for Summary Judgment [D.E. #141].
Decision Reserved.

Time Commenced: 12:15 p.m.
Time Adjourned:  2:05 p.m.
Total Time: 1.50

                                    Philip Selecky, Deputy Clerk