Not for Publication

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

STEVEN PRUNKEL,

        Plaintiff,

v.

TROOPER N. DESANTIS, *et al.*,

        Defendants.

Civil Action No. 17-5154 (ES) (MAH)

ORDER

**SALAS, DISTRICT JUDGE**

    Before the Court is Defendant Trooper N. Desantis's motion for summary judgment on the claims asserted against him by Plaintiff Steven Prunkel. (D.E. No. 141); and the Court having considered the parties' submissions and oral arguments; and for the reasons stated on the record on May 10, 2023;

    IT IS on this 12th day of May 2023,

    **ORDERED** that Defendant's motion for summary judgment (D.E. No. 141) is **GRANTED**; and it is further

    **ORDERED** that the Clerk of the Court shall mark this matter **CLOSED**.

                                         *s/Esther Salas*
                                         **Hon. Esther Salas, U.S.D.J.**